Parry L. MORGAN, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 43705.

Missouri Court of Appeals,
Western District.

July 16, 1991.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 27, 1991.

David S. Durbin, Appellate Defender,
Terri L. Backhus, Asst. Appellate Defender, Kansas City, for appellant.

William Webster, Atty. Gen., John M.
Morris, Asst. Atty. Gen., Jefferson City,
for respondent.

Before LOWENSTEIN, P.J., and
TURNAGE and FENNER, JJ.

### ORDER

PER CURIAM.

Appeal from denial of Rule 27.26 (repealed) motion for postconviction relief after an evidentiary hearing.

Judgment affirmed. Rule 84.16(b).